**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLVIN JUSTICE,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                                /

No. C 13-01135 WHA

**ORDER DENYING REQUEST TO CONTINUE AND CONFIRMING CASE MANAGEMENT DATE**

      The Court **DENIES** plaintiff's request to continue the case management conference to late August 2013. The plaintiff is under the misimpression that the case management conference is June 13, 2013. It is actually on **JUNE 6, 2013, AT 11:00 A.M.** Please come in on that date. In addition, a joint case management statement is due by May 30, 2013.

      **IT IS SO ORDERED.**

Dated: May 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE