IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLVIN JUSTICE,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 13-01135 WHA

**ORDER SETTING SCHEDULE ON MOTION TO DISMISS**

    This order memorializes the orders entered by the Court at the case management conference on June 6. The deadline for plaintiff to respond to the pending motion to dismiss is **EXTENDED** to **JUNE 27**. Defendant's reply will be due on **JULY 8**. The matter will be heard on **JULY 25 AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: June 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE