IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLVIN JUSTICE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant.<br>_____/ | No. C 13-01135 WHA<br><br>**ORDER REGARDING DOCKET NUMBER 41** |

In July 2013, the United States' motion to dismiss was granted and *pro se* Carlvin Justice's claims were dismissed with prejudice because of a number of hopelessly incurable problems with his case. Judgement was entered on July 25, 2013 (Dkt. Nos. 32, 33).

In August 2013, our court of appeals granted the United States' motion to dismiss the appeal for lack of jurisdiction because plaintiff failed to file a notice of appeal from the final judgment (Dkt. Nos. 37, 38).

In January 2014, our court of appeals denied a motion to recall the mandate and stated "[n]o further filings will be entertained in this closed case."

In March 2014, the Clerk received docket number 41. The document is largely incomprehensible and it is unclear what relief, if any, plaintiff is entitled to in this closed case where judgment has been entered long ago.

**IT IS SO ORDERED.**

Dated: March 18, 2014.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE